1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  SANDRA L. LUSICH, State Bar No. 195995
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-6749
8   Fax: (916) 324-5205

9  Attorneys for Defendants Woodford, Runnels, Lyons,
   Radcliffe, Evert and Cochrane
10 SA2004101264

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14 **CHRISTOPHER OATEY,**                    NO. CIV S-03-2006 WBS JFM P

15                       Plaintiff,          **ORDER GRANTING DEFENDANTS'
                                             REQUEST FOR EXTENSION OF**
16      v.                                   **TIME TO DEPOSE PLAINTIFF**

17 **CALIFORNIA DIRECTOR OF
   CORRECTIONS, et al.,**
18
                        Defendants.
19

20       Defendants' request for a extension of time to depose Plaintiff was considered by

21 this Court, and good cause appearing,

22       **IT IS HEREBY ORDERED** that Defendants have up to and including August

23 15, 2005, to conclude Plaintiff's deposition.

24 DATED: July 20, 2005.

25

26                                      _/s/ John F. Moulds_
                                        UNITED STATES MAGISTRATE JUDGE
27

28 oate2006.ext

                                     1