IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER OATEY,

    Plaintiff,　　　　　　　　No. CIV S-03-2006 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>
_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2005, plaintiff filed a motion to compel discovery. By order filed June 8, 2005, defendants were directed to submit certain documents for *in camera* review. On August 25, 2005, defendants were advised that the court was inclined to order the documents disclosed, but would provide an opportunity for defendants to suggest redactions required for security reasons. On September 9, 2005, counsel submitted only the Internal Affairs Investigation Report with suggested redactions, and asked the court to restrict release to this document. Failing such restriction, counsel sought a 21 day extension of time to obtain review of the remaining supporting documents by the Office of Internal Affairs and the Law Enforcement Investigative Unit.

    Defendants' request to restrict disclosure to the Internal Affairs Investigation Report will be denied and defendants will be provided a brief time to comply with this court's

August 25, 2005 order.  If counsel has not submitted the suggested redactions for the supporting documents by close of business on Monday, September 19, 2005, the court will take such actions as appear appropriate at that time.

IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the redacted Internal Affairs Investigation Report under seal;

2. Defendants' September 9, 2005 request to limit disclosure is denied; and

3. Any further suggestions for redaction to the supporting material shall be filed no later than close of business Monday, September 19, 2005.

DATED:  September 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001
oate2006.36b