IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER OATEY,

        Plaintiff,                      No. CIV S-03-2006 LKK JFM P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.              <u>ORDER</u>

                              /

        On September 13, 2005, plaintiff filed a "first request for extension of time to file pretrial motion." That document was not served on defendants.[1] On September 9, 2005, the deadline for filing pretrial motions was extended from September 9, 2005 to October 19, 2005. Thus, plaintiff's request is moot. Accordingly, IT IS HEREBY ORDERED that plaintiff's September 13, 2005 is denied without prejudice.

DATED: September 19, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

/001; oate2006.35(1)

---

[1] Although plaintiff appended a certificate of service, he attests to service on the court, not on counsel for defendants. Plaintiff is cautioned that all filings must be served on counsel for defendants, and be accompanied by a certificate of service attesting to service on counsel for defendants. Fed. R. Civ. P. 5; Local Rule 5-135.