IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER OATEY,

        Plaintiff,                 No. CIV S-03-2006 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.         ORDER
_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that he was subjected to conditions that violated his constitutional rights under the Eighth and Fourteenth Amendments during an institutional lockdown on December 31, 2002. By order filed June 8, 2005, defendants were directed to submit, for *in camera* review, certain documents responsive to plaintiff's requests for documents Nos. 7 and 8. Defendants have now submitted their documents.

        Plaintiff seeks further responses to the following two document requests:

    Production of Documents Request No. 7: "All initial and supplemental investigation reports created in connection to the possible threat against staff discovered on or about December 30, 2002."[1]

---

[1] Defendants were not required to release HDSP Operational Procedures 101 and 104. (See June 8, 2005 Order at 2.)

1

1   Production of Documents Request No. 8: "The IA Investigation re:
2   Baillie, Log No #N-HDSP-018-03."

3   (Pl.'s April 19, 2005 Motion.)

4         The court reviewed the documents submitted *in camera* and directed the Deputy
5   Attorney General to provide the court with a set of documents that had proposed redactions to
6   address appropriate security concerns.  On September 13 and 19, 2005, counsel for defendants
7   submitted proposed redacted copies.  The court has reviewed the proposed redacted documents
8   and finds that plaintiff is entitled to receive copies of the proposed redacted material provided.
9         Accordingly, IT IS HEREBY ORDERED that plaintiff's April 19, 2005 motion to
10  compel further responses to Requests Nos. 7 and 8 is granted in part.  Within five days from the
11  date of this order, the Deputy Attorney General shall provide to plaintiff those proposed redacted
12  documents submitted to the court on September 13 and 19, 2005.  In all other respects, plaintiff's
13  motion to compel further responses to Requests Nos. 7 and 8 is denied.

14  DATED: September 21, 2005.

UNITED STATES MAGISTRATE JUDGE

/001
oate2006.mtc2

2