IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER OATEY,

        Plaintiff,                  No. CIV S-03-2006 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.             ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 22, 2005, defendants were ordered to present redacted copies of certain California Department of Corrections records. Thereafter the defendants requested a protective order which this court deems to be a motion to reconsider. Having reviewed the proposed protective order, the court orders as follows:

        1. Within ten days, defendants shall provide the redacted copies to plaintiff at a secure location so that plaintiff may take notes regarding the documents. Any notes plaintiff chooses to take shall be for his eyes only and shall not be reviewed by opposing counsel or any employees of the California Department of Corrections. Plaintiff shall be allowed at least three hours of uninterrupted time to review and take such notes as he may deem appropriate. The time allowed for this review shall be at least three hours unless plaintiff decides to review the

/////

1  documents for a shorter period.  Any information gleaned from the documents provided shall be
2  used solely for the purpose of this litigation.
3           2.  In all other respects, defendants' September 23, 2005 motion for protective
4  order is denied.
5           3.  Defendants' September 29, 2005 request for extension of time to comply with
6  this court's September 21, 2005 order is granted.
7  DATED:  October 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001
oate2006.mtc3