IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER OATEY,** <br><br> Plaintiff, <br><br> v. <br><br> **CALIFORNIA DIRECTOR OF CORRECTIONS, et al.,** <br><br> Defendants. | CIV S-03-2006 LKK JFM P <br><br> **ORDER GRANTING SECOND EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

On October 18, 2005, defendant Baillie filed a second request for extension of time to file a dispositive motion, to November 18, 2005. The remaining defendants requested a second extension of time to file a dispositive motion, to December 2, 2005. In light of this court's October 11, 2005 order concerning discovery of redacted copies, all parties will be granted an extension of time to file dispositive motions. No further extensions of time will be granted.

IT IS HEREBY ORDERED that defendants' October 18 and 19, 2005 second requests for an extension of time are granted; the deadline to file dispositive motions is extended to December 2, 2005. No further extensions of time will be granted.

DATED: October 21, 2005.

UNITED STATES MAGISTRATE JUDGE

oate2006.ext2.wpd

1