IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER OATEY,

    Plaintiff,                        No. CIV S-03-2006 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,             ORDER AND

    Defendants.                REVISED SCHEDULING ORDER

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. On October 31, 2005, plaintiff filed a motion to extend the discovery cut-off alleging that further discovery is required based on the production of documents ordered after the court's in camera review. (See Orders filed September 22, 2005 and October 11, 2005.) Defendant Baillie objects to the extension of the discovery period, alleging most of what plaintiff seeks could have been sought through discovery requests by plaintiff long ago. Plaintiff replies that until he received the confidential information produced after the in camera review he was unable to specifically articulate the discovery he needs to pursue his claims. (December 7, 2005 Response.)

        In addition, plaintiff included a request to amend his November 29, 2004 third amended complaint to add as defendants IGI Officer Shaver and Lt. Clement who plaintiff

1

alleges approved documents created by defendant Baillie even though the documents did not contain the inmate signatures as required by CDC policy. Plaintiff alleges that had these officers required defendant Baillie to obtain the necessary signatures on Baillie's confidential informant memos prior to approval, "the instant claim likely would not exist." (October 31, 2005 request at 9.) The state defendants object, on various grounds, to an order allowing plaintiff to further amend his complaint. In his response, plaintiff amended his request to seek leave to amend his complaint, but plaintiff has not provided a proposed fourth amended complaint.

This court finds that plaintiff has shown good cause for the extension of the discovery deadline. Discovery will be reopened for a period of four months. The parties are cautioned, however, that any further discovery requests shall be issued forthwith so that any resulting discovery disputes may be resolved prior to the close of the discovery period.

Plaintiff's motion to amend his third amended complaint was not accompanied by a proposed fourth amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Since plaintiff did not submit a proposed fourth amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied. Moreover, this action was initially filed on September 24, 2003 and has now been pending over three years. Thus, plaintiff is cautioned that this court is not inclined to grant such a motion; plaintiff must demonstrate good cause why he should be allowed to amend at this late date.

On November 23, 2005, state defendants requested modification of the dispositive motion filing deadline pending resolution of plaintiff's motion to extend the discovery deadline. In light of the extension of the discovery period, all subsequent scheduling dates will be continued and defendant Baillie's December 2, 2005 motion for summary judgment will be denied as premature.

/////

/////

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. Plaintiff's October 31, 2005 motion to extend the discovery deadline is
3 granted. The parties may conduct discovery until April 22, 2006. Any motions necessary to
4 compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ.
5 P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

6     2. Defendants' November 23, 2005 motion to extend the deadline for filing
7 dispositive motions is granted. All pretrial motions, except motions to compel discovery, shall
8 be filed on or before June 9, 2006. Motions shall be briefed in accordance with paragraph 7 of
9 this court's order filed October 22, 2004.

10     3. Dates set in the March 17, 2005 scheduling order are revised as follows.
11 Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the
12 attendance of witnesses at trial on or before September 8, 2006. Defendants shall file their
13 pretrial statement on or before September 22, 2006. The parties are advised that failure to file a
14 pretrial statement may result in the imposition of sanctions, including dismissal of this action.

15     4. The December 30, 2005 pretrial conference is continued to September 29,
16 2006, before the magistrate judge. The pretrial conference shall be conducted on the file only,
17 without appearance by either party.

18     5. The March 21, 2006 jury trial before the Honorable Lawrence K. Karlton is
19 continued to December 19, 2006 at 10:00 a.m. in Courtroom #4.

20     6. Plaintiff's October 31, 2005 request to amend, as amended by his December 7,
21 2005 motion for leave to amend his third amended complaint, is denied.

22 /////
23 /////
24 /////
25 /////
26

1  　　　　　7. Defendant Baillie's December 2, 2005 motion for summary judgment is denied
2  without prejudice.
3  DATED: December 22, 2005.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/001
oate2006.41a