IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER OATEY,

        Plaintiff,              No. CIV S-03-2006 LKK JFM P

   vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.        <u>ORDER</u>

        This matter came on for telephonic status conference[1] February 28, 2006. Plaintiff appeared in propria person. Sandra Lusich, Deputy Attorney General, appeared for the state defendants. Rick Patterson appeared for defendant Baillie. Good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        On October 11, 2005, this court issued a protective order which read as follows: "Any notes plaintiff chooses to take shall be for his eyes only and shall not be reviewed by opposing counsel or any employees of the California Department of Corrections." This protective order was issued to protect both the interests of plaintiff and the security interests expressed by the institution. Plaintiff has filed a motion representing that the protective order

---

[1] This matter was calendared in response to plaintiff's December 29, 2005 motion for temporary restraining order and/or preliminary injunction. Despite the court's issuance of a briefing notice on this motion on January 3, 2006, defendants have not filed a response to plaintiff's motion.

was violated even after correctional officers were presented with a copy of this court's order.

Accordingly, IT IS HEREBY ORDERED that no later than close of business March 7, 2006, Sandra Lusich will file with the court, under seal, a declaration specifically addressing the December 14, 2005 search of plaintiff's cell, as follows:

    1. Who performed the cell search;

    2. Why the cell search was performed; and

    3. What documents were looked at.

Said declaration shall be filed under penalty of perjury and prepared and signed by an officer with actual knowledge of the events of December 14, 2005. In addition, counsel shall attach to the declaration copies of any reports and/or writings that were made during the search, and copies of any documents taken from the search of plaintiff's cell.

Counsel shall not serve the other parties with a copy of this filing as the court will perform an *in camera* review of the sealed document once it is on file.

DATED: February 28, 2006.

UNITED STATES MAGISTRATE JUDGE