IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER OATEY,

      Plaintiff,                    No. CIV S-03-2006 LKK JFM P

   vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.               ORDER

            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed March 1, 2006, defendants were directed to provide the court with a declaration, under seal, no later than March 7, 2006. On March 7, 2006, defendants filed a request for a brief of extension of time based on difficulties obtaining the declaration from Officer Maces who left the country on military duty March 2, 2006. Defendants' counsel has declared that the declaration has been prepared, Officer Maces has approved the declaration, but because he did not have a facsimile machine at his home, he mailed the signed declaration back to counsel, who has not yet received same. Good cause appearing, defendants' request for extension will be granted.

/////

1

Accordingly, IT IS HEREBY ORDERED that defendant's March 7, 2006 request for extension is denied; counsel shall file the declaration, under seal, on or before March 14, 2006.

DATED: March 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001
oate2006.ext