1
2
3
4
5
6
7
8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CHRISTOPHER OATEY,

11              Plaintiff,                    No. CIV S-03-2006 WBS JFM P

12          vs.

13
CALIFORNIA DEPARTMENT
14  OF CORRECTIONS, et al.,

15              Defendants.                   ORDER

16  _____/

17              Defendants have requested an extension of time to respond to plaintiff's second

18  set of discovery requests.  No further extensions will be granted.  Good cause appearing, IT IS

19  HEREBY ORDERED that:

20              1.  Defendants' May 10, 2006 request for an extension of time is granted; and

21              2.  Defendants are granted until June 12, 2006 in which to respond to plaintiff's

22  second set of discovery requests.

23  DATED:  June 14, 2006.

24

25  UNITED STATES MAGISTRATE JUDGE

26

/001; oate2006.36(2)