IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER OATEY,

      Plaintiff,                    No. CIV S-03-2006 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,         ORDER AND REVISED

      Defendants.               SCHEDULING ORDER

_____/

           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 3, 2006, plaintiff filed a request for extension of time to extend the discovery deadline so that plaintiff could file a motion to compel further responses as to discovery responses received on or after June 12, 2006. On July 14, 2006, plaintiff filed a motion entitled "Motion for Court to Determine Insufficient Defendants' Discovery Responses and for Order Compelling Proper Answers in Place of Insufficient Responses, Production."[1] On August 1 and 4, 2006, defendants filed motions to strike plaintiff's motion to compel or, in the

---

[1] This motion consists of a motion to compel further responses to plaintiff's fourth set of requests for production of documents and discovery requests addressed to defendants Runnels, Cochrane, Lyons, Radcliff, Evert and Baillie. (Docket No. 124, parts 1-7.)

1

alternative, requests for extension of time in which to respond to the motion to compel.[2]

Defendants make much of plaintiff's purported failure to meet and confer prior to filing the motion to compel. However, this court has previously ordered that Local Rule 37-251 does not apply in this case unless otherwise ordered. (July 1, 2004 Order at 3.)

Moreover, although plaintiff's motion was filed after the discovery deadline of June 12, 2006, the court notes that defendants were granted an extension of time in which to respond to discovery to June 12, 2006. Plaintiff contends these discovery responses were "closely interconnected to defendant Baillie's positions" and that the discovery was best "viewed together" to present a meaningful motion to compel to the court.

Good cause appearing, the court will grant plaintiff's request to extend the discovery deadline so that plaintiff's July 14, 2006 motion to compel discovery responses can be resolved. Defendants will be granted an extension of time in which to file their opposition.

The discovery deadline will be extended to December 1, 2006, solely for the purpose of resolving the July 14, 2006 motion. No further discovery requests or motions to compel shall be served or filed. The parties are cautioned that no further requests for extensions of time will be granted.

The dispositive motion deadline, presently set for October 13, 2006, will be extended to March 1, 2007. Counsel shall not file dispositive motions until after the discovery disputes are resolved.

Defendants' motions to strike will be denied.

IT IS HEREBY ORDERED that:

1. The September 7, 2006 hearing date is vacated.

2. Plaintiff's July 3, 2006 request to extend the discovery deadline is granted.

---

[2] Although counsel correctly noted in the text of the motion that pursuant to Local Rule 78-230(m) the motion would be submitted on the record without oral argument, counsel noticed the motion for hearing on September 7, 2006 at 11:00 a.m. That hearing will be vacated.

3. The discovery deadline is extended to December 1, 2006, solely for the purpose of resolving the July 14, 2006 motion. No further discovery requests or motions to compel shall be served or filed.

4. The dispositive motion deadline is extended from October 13, 2006 to March 1, 2007.

5. Defendants' August 1 and 4, 2006 motions to strike are denied.

6. Defendants' August 1 and 4, 2006 motions for extension of time to respond to plaintiff's July 14, 2006 motion to compel are granted. No later than October 16, 2006, defendants shall file an opposition addressing each part of plaintiff's July 14, 2006 motion to compel. (See footnote 1, supra.) Plaintiff's reply, if any, shall be filed on or before November 17, 2006.

DATED: August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; oate2006.dn