IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER OATEY,

    Plaintiff,          No. CIV S-03-2006 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.      <u>ORDER</u>

                              /

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed March 6, 2007, attorney Anthony K. McClaren was appointed to represent plaintiff. Subsequently, Mr. McClaren withdrew from the Eastern District Pro Bono Project (Civil Rights) based on his change of employment and resulting conflict of interest. (March 8, 2007 letter to Judge Levi.) On March 21, 2007, defendants filed a request for modification of the March 6, 2007 order based on Mr. McClaren's inability to take the instant case. Good cause appearing, the March 6, 2007 order appointing Mr. McClaren will be vacated, and the court will appoint new counsel. The July 12, 2007 status conference will be continued and defendants will be granted additional time to provide new counsel with the redacted copies of the CDC records.

1

1    As noted in this court's March 6, 2007 order, plaintiff's third amended complaint
2 alleges defendants subjected him to cruel and unusual punishment and failed to protect him from
3 cruel and unusual punishment in violation of the Eighth Amendment (claim one) and that
4 defendants subjected him to atypical prison conditions based on race-based animus in violation
5 of the 14th Amendment (claim two).
6    Upon review of the file and good cause appearing therefor, the court finds as
7 follows:
8    Efforts to obtain legal representation without order of this court would be futile;
9    1. Plaintiff's income is 125 percent or less of the current poverty threshold
10 established by the Office of Management and Budget of the United States and is otherwise
11 without resources to obtain counsel;
12    2. This case is of a type that attorneys in this district ordinarily do not accept
13 without prepayment of a fee;
14    3. This case is not a fee generating case within the meaning of California Business
15 and Professions Code § 8030.4(g); and
16    4. This case has sufficient merit to warrant appointment pursuant to General
17 Order No. 230.
18    Good cause appearing, the court will appoint new counsel to represent plaintiff.
19    In addition, counsel for state defendants shall provide plaintiff's counsel with
20 redacted copies of the California Department of Corrections records provided for plaintiff's
21 review by this court's October 11, 2005 order. Plaintiff's counsel is cautioned that this material
22 is subject to a protective order and shall be used only in connection with the conduct of this
23 litigation.
24    Accordingly, IT IS HEREBY ORDERED that:
25    1. The March 6, 2007 order appointing Anthony K. McClaren as attorney of
26 record for plaintiff is vacated.

2. Defendants' March 21, 2007 request is granted; defendants are relieved of their obligations under the March 6, 2007 order.

3. James Kirby II, Segal & Kirby, 770 L Street, Suite 1440, Sacramento, CA 95814, is appointed as attorney for plaintiff pursuant to General Order No. 230.

4. Counsel is directed to contact the Clerk's Office to make arrangements for copies of the file.

5. Counsel shall submit all deposition transcript costs for payment pursuant to § 8030.6 of the California Business and Professions Code.  All other contemplated costs shall be handled as described in General Order No. 230.

6. The status conference set for July 12, 2007 is continued to August 16, 2007 at 11:00 a.m. in Courtroom #26.

7. The Clerk of the Court is directed to send Mr. Kirby a copy of this order, and a copy of General Order No. 230.

8. Within twenty days from the date of this order, counsel for state defendants shall provide plaintiff's counsel with redacted copies of the California Department of Corrections records provided for plaintiff's review by this court's October 11, 2005 order.  These documents are subject to a protective order and shall be used only in connection with the conduct of this litigation.

DATED: March 26, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; oate2006.31b2