EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Runnels, Lyons, Radcliff, Evert, and Cochrane

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER OATEY,** | CASE NO.: 2:03-CV-2006 LKK JFM |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DIRECTOR OF CORRECTIONS, et al.,** | |
| Defendants. | |

The court finds there is good cause to grant defendants' February 11, 2008 request to modify the Scheduling Order. Accordingly, Defendants may file a motion for summary judgment on or before March 14, 2008.

**IT IS SO ORDERED.**

Dated: February 13, 2008.

UNITED STATES MAGISTRATE JUDGE

Order

1

1
2  /oate2006.ext.wpd
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order